# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CR. NO. 04-40043–011-JLF |
| ) | |
| MELINDA G. MELTON (011), ) | |
| ) | |
| Defendant. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

**FOREMAN, District Judge:**

Before the Court is Magistrate Judge Wilkerson's Report and Recommendation (Doc. 901) recommending that the government's motion to determine a conflict of interest (Doc. 722) be granted, and that the Court find no existence of a conflict. The Clerk of the Court has informed the parties of their right to file objections and of the consequences of not doing so in a timely fashion. No objections have been filed in this matter. Upon review, the Court **ADOPTS** the Report and Recommendation (Doc. 901). The government's motion to determine a conflict of interest (Doc. 722) is **GRANTED.** The Court finds that Attorney R. Edward Veltman's representation of defendant Melinda Melton does not present a conflict of interest.

**IT IS SO ORDERED.**  *s/ James L. Foreman*
**DATED: June 21, 2006.**  **DISTRICT JUDGE**